UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
STEVEN L. GREENBERG,

               Plaintiff,

                                                  09 Civ. 2281 (DAB)
    -against-                              ORDER

TOWN OF SCARSDALE, et al.,

               Defendant.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Complaint in the above captioned matter arises out of allegations regarding real property in Scarsdale, New York, in Westchester County. The Plaintiff is resident of Scarsdale, New York.

    Local Civil Rule 21 provides, in pertinent part, that a civil case shall be designated for assignment to the White Plains courthouse if: "[t]he claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the 'Northern Counties') and at least one of the parties resides in the Northern Counties. . . ." Local Civil Rule 21(a)(i).

    Since the claim stated in the Complaint arose in Westchester County and since at least one of the Parties resides in that county, this matter must be designated for assignment to White Plains.

The Court is in receipt of the Plaintiff's letter of April 13, 2009 in which he expresses concern that because the White Plains Courthouse does not maintain a Pro Se Office he will be disadvantaged in his litigation. This Court has received assurance from the Pro Se Office in this Courthouse that Plaintiff can continue to seek their advice by phone, even with his case pending in White Plains.

Accordingly, the Clerk of Court is directed to transfer this case to the White Plains courthouse.

SO ORDERED.

Dated:    New York, New York

          April 14, 2009

                                            _____
                                            Deborah A. Batts
                                            United States District Judge